IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Date:___October 13, 2009_____

Civil Case No._____CV-05-157-TUC-JMR_____

Title___ANA MARIA VICENTE, ET AL_____ vs. ____ROGER BARNETT, ET AL_____
=================================================================================
Present:

HON.____JOHN M. ROLL_____

Deputy                                              Court
Clerk:_____Cathy Schwader_____      Reporter:_____Aaron LaDuke_____

ATTORNEY(s) FOR PLAINTIFF                      ATTORNEY(s) FOR DEFENDANT

  David Urias                                        David Hardy
 __Nina Perales_____      _____John Kaufmann_____
=================================================================================

**PROCEEDINGS**:  __XX___Open Court  ____Chambers  ___Other

MOTION HEARING_____

Hearing held.  The parties argue their positions to the Court._____

IT IS ORDERED Defendant's Motion for Attorney's Fees and Nontaxable Costs (Doc. #368) is UNDER

ADVISEMENT.  IT IS FURTHER ORDERED Defendants' Roger and Barbara Barnett Motion for Award of

Costs (Doc. #369) is UNDER ADVISEMENT.  IT IS FURTHER ORDERED that Plaintiffs' Motion for Award

of Taxable Costs (Doc. #378) is UNDER ADVISEMENT.  IT IS ORDERED Defendant's Motion for Partial

Judgment Notwithstanding the Verdict Re: Punitive Damages Velasquez and Vasquez (Doc. #370)  is

DENIED.   IT IS FURTHER  ORDERED   Defendant's Rule 50 and Rule 59 Motions (Doc. #380) are

DENIED.    IT IS FURTHER ORDERED Plaintiffs' Motion for Review of Clerk's Taxation of Costs (Doc.

#404) is taken UNDER ADVISEMENT._____

_____

_____

Motion Hearing:  __2 hrs__

copy to Urias; Perales; Hardy; Kaufmann